IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                         CRIMINAL NO. 4:07cr31DPJ-JCS

JAMES Q. DAVIS

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, JAMES Q. DAVIS, without prejudice.

STAN HARRIS
Acting United States Attorney

Date:  December 7, 2007            S/ *Erin O'Leary Chalk*
                          By:   ERIN O'LEARY CHALK
                                Assistant United States Attorney
                                Mississippi Bar No. 101721

Leave of Court is granted for the filing of the foregoing dismissal.

**SO ORDERED,** this the 10th day of December, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE